UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PUN MAGAR SANDESH,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.: 26-cv-0846-JES-DDL

**ORDER REGARDING NOTICE OF COMPLIANCE AND NOTICE OF NON-COMPLIANCE**

**[ECF Nos. 15, 16]**

//
//
//
//
//
//
//
//
//
//

1

26-cv-0826-JES-DDL

On March 12, 2026, Respondent Christopher LaRose filed a notice of compliance certifying that Petitioner Pun Magar Sandesh was provided with a bond hearing which complied with this Court's March 5, 2026 order. ECF No. 15. On March 19, 2026, Petitioner filed a notice of non-compliance alleging that the bond hearing did not comply with the Court's order. ECF No. 16.

While the second notice seeks relief, the Court declines to construe a notice as a motion where a party is represented by competent counsel. Should either party wish to seek additional relief in this Court, it must do so by properly noticed motion.

**IT IS SO ORDERED.**

Dated: March 20, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

26-cv-0826-JES-DDL